DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | COUNTS 1 & 2: |
| | ) | DISTRIBUTION OF COCAINE BASE |
| vs. | ) | Vio. 21 U.S.C. §§ 841(a)(1) and |
| | ) | 841(b)(1)(B) |
| | ) | |
| JOSHUA DAVID WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

The Grand Jury Charges that:

### COUNT 1

On or about September 7, 2005, within the District of Alaska, the defendant, JOSHUA DAVID WOLFE, did knowingly and intentionally distribute a controlled substance, to wit: 5 grams or more of a mixture or substance containing cocaine base (crack), all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 2

On or about September 9, 2005, within the District of Alaska, the defendant, JOSHUA DAVID WOLFE, did knowingly and intentionally distribute a controlled substance, to wit: 5 grams or more of a mixture or substance containing cocaine base (crack), all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

s/Deborah Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Email: deb.smith@usdoj.gov

DATED:   3/21/06