DEA

AO 442 (Rev. 12/85) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

2006 MAR 22 PM 3: 00

UNITED STATES OF AMERICA

V.

JOSHUA DAVID WOLFE

**WARRANT FOR ARREST**

CASE NUMBER: 4:06-cr-00017-RRB

RECEIVED
MAR 2 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Joshua David Wolfe** and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): DISTRIBUTION OF COCAINE BASE

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(B)

| | |
|---|---|
| Ida Romack | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| by REDACTED SIGNATURE  Deputy Clerk  Alaska | March 23, 2006 at Anchorage, Alaska |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ To Be Determined     by JOHN D. ROBERTS

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: FAIRBANKS, AK

| DATE RECEIVED 23 MAR 06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 19 MAR 2007 | DEA MICHAEL FORAN | For R. Sny |