MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __JOSHUA DAVID WOLFE__   CASE NO. __4:06-CR-00017-RRB__
Defendant: _X_ Present   _X_ In Custody   ___ On Summons   ___ On Bond

BEFORE THE HONORABLE   ____TERRANCE W. HALL____

DEPUTY CLERK/RECORDER:   ____CATHRINE CONKLIN____

UNITED STATES ATTORNEY:   ____BRIAN SCHRODER____

DEFENDANT'S ATTORNEY:   ____M.J. HADEN____

U.S.P.O.:   ____MARCI LUNDGREN____
PROCEEDINGS: ARRAIGNMENT ON INDICTMENT   Held: 3/22/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:03 p.m. court convened.

_X_ Defendant sworn.

_X_ Copy of Indictment given to defendant.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Financial Affidavit filed.
   _X_ Federal Public Defender accepted appointment; FPD notified.

_X_ PLEA: _X_ Not Guilty to Counts _1 and 2 of Indictment._

_X_ Order of Detention Pending Trial **FILED**.

_X_ Order for Progression in a Criminal Case **FILED**.

_X_ Pretrial motions due   **April 11, 2007**

_X_ Final Pretrial Conference Set for **May 15, 2007 at 8:45 a.m.**

_X_ Counsel advised of trial date:   **May 21, 2007 at 8:30 a.m.**

_X_ OTHER: Both the Final Pretrial Conference and Trial set before U.S. District Judge Beistline.

At 2:14 p.m. court adjourned.

DATE: March 22, 2007        DEPUTY CLERK'S INITIALS:   cxc