M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA DAVID WOLFE,<br><br>    Defendant. | Case No. 4:06-cr-0017-RRB-TWH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE PRETRIAL MOTIONS DEADLINE** |

    Defendant, Joshua David Wolfe, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time to continue the pretrial motions deadline in the above-styled case, currently set for April 11, 2007.  Trial currently is scheduled for May 21, 2007.  This continuance is necessary because undersigned counsel is scheduled to be out of district from April 6, 2007, through April 16, 2007. Counsel is scheduled to receive discovery in Fairbanks on April 5, 2007.  Counsel anticipates that the discovery will include several audio recordings.  A continuance of one week is needed in order to copy the audio recordings and discovery to be reviewed by

Mr. Wolfe. In addition, counsel will need time to discuss possible pretrial issues with Mr. Wolfe upon her return to the district.

This motion is necessary to provide Mr. Wolfe with effective assistance of counsel under the Fifth and Sixth Amendments of the United States Constitution.

This motion is unopposed by Assistant United States Attorney Bryan Schroder.

DATED this 4th day of April, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on April 4, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden