UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA DAVID WOLFE,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-0017-RRB-TWH<br><br>**PROPOSED<br>ORDER CONTINUING PRETRIAL<br>MOTIONS DEADLINE** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's unopposed motion to continue pretrial motions deadline, the court GRANTS the motion. Pretrial motion are now due by close of business on __18 April__, 2007.

DATED __5 April__, 2007, in Fairbanks, Alaska.

　　　　　　　　　　　　　　　　　　Terrance W. Hall
　　　　　　　　　　　　　　　　　　United States Magistrate Judge