M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOSHUA DAVID WOLFE,<br><br>                    Defendant. | Case No. 4:06-cr-0017-RRB-TWH<br><br>**MOTION ON SHORTENED TIME TO COMPEL DISCOVERY** |

Defendant, Joshua David Wolfe, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time to order the prosecution to immediately produce the video recording of the conduct alleged in Count II of the indictment.  This request is made pursuant to Rule 16(a)(1)(E)(1) and (ii) and Rule 12(b)(4) of the Federal Rules of Criminal Procedure, and *Brady v. Maryland*, 373 U.S. 83 (1963).  Specifically, the government has indicated that an alleged meeting between Mr. Wolfe and a confidential informant was videotaped.  The discovery provided by the government references a video recording in the evidence log.  Mr. Wolfe asks that the court order the immediate production of this recording.

This motion is presented on shortened time because the discovery deadline in this case was April 2, 2007. Mr. Johnson's pretrial motions are due today. Trial is currently scheduled for May 21, 2007. This alleged recording is critical to trial preparation. Mr. Wolfe requests the immediate production of the video recording.

DATED this 18th day of April, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on April 18, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden