UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOSHUA DAVID WOLFE,<br><br>        Defendant. | Case No. 4:06-cr-0017-RRB-TWH<br><br>**PROPOSED**<br>**ORDER COMPELLING PRODUCTION**<br>**OF DISCOVERY** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of the defendant's motion to compel discovery, the court GRANTS the motion.  The government is hereby ordered to immediately turn over to Mr. Wolfe any and all video recordings subject to disclosure under Rules 12 and 16 of the Federal Rules of Criminal Procedure, including but not limited to any recording of a meeting between Mr. Wolfe and the confidential informant.

DATED _____, 2007, in Fairbanks, Alaska.


_____
Terrance W. Hall
United States Magistrate Judge