NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       )<br>            Plaintiff,   )<br>       )<br>   vs.      )<br>       )<br>JOSHUA DAVID WOLFE,    )<br>       )<br>            Defendant.   )<br>       )<br>_____)  | Case No. 4:06-cr-00017 (RRB)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 25, 2007, a copy of the GOVERNMENT'S

OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY

(Docket No. 14), was served via e-mail by sending to M. J. Haden at

MJ_Haden@fd.org.

RESPECTFULLY SUBMITTED this 26th day of April, 2007, at Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Bryan Schroder
> BRYAN  SCHRODER
> Assistant United States Attorney
> Federal Building & U.S. Courthouse
> 101 12th Avenue, Room 310
> Fairbanks, Alaska  99701
> Phone:  (907) 456-0245
> Fax: (907) 456-0577
> E-mail: bryan.schroder@usdoj.gov
> Bar #: 0702003

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2007,
a copy of the foregoing CERTIFICATE OF
SERVICE, was served, via Electronic Filing, on:

M.J. Haden

s/Bryan Schroder