UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   JOSHUA DAVID WOLFE  

DATE:   April 30, 2007     CASE NO.   4:06-CR-0017-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**DENYING MOTION TO COMPEL DISCOVERY**

---

Defendant's Motion to Compel Discovery at Docket 12 is hereby **DENIED**. Should the video tape investigation be located, it shall be immediately provided to defense counsel.