UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   JOSHUA DAVID WOLFE 

DATE:   May 11, 2007    CASE NO.   4:06-CR-0017-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING HEARING**

---

The final pretrial conference scheduled in this matter for May 15, 2007, is **rescheduled** and will be held on **Wednesday, May 16, 2007, at 11:00 a.m.**, in Courtroom 1 in Fairbanks, Alaska. If a notice of intent to change plea is filed, this hearing will be a change of plea hearing.