M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSHUA DAVID WOLFE,<br><br>                Defendant. | Case No. 4:06-cr-0017-RRB-TWH<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

Defendant, Joshua David Wolfe, by and through counsel M. J. Haden, Assistant Federal Defender, notifies this court of his intent to change his plea in the above-styled case.  Mr. Wolfe intends to plead guilty to a two-count indictment charging him with possession of cocaine base with the intent to distribute in violation of 21 U.S.C. § 84(a)(1) and (b)(1)(B).  There is no written plea agreement in this case.

Mr. Wolfe respectfully requests that the court vacate his trial date currently set for Monday, May 21, 2007, in Fairbanks, Alaska.  Mr. Wolfe will enter his change of plea at the proceeding currently scheduled for Wednesday, May 16, 2007, at 11:00 in Fairbanks, Alaska.

DATED this 14th day of May 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on May 14, 2007,
a copy of the **Notice of Intent to
Change Plea** was served electronically
on:

Bryan Schroder, Esq.

/s/ M. J. Haden