MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs JOSHUA DAVID WOLFE    CASE NO.  4:06-CR-00017-RRB
Defendant: X  Present    X  In Custody __ On Bond ___ On Summons

BEFORE THE HONORABLE        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:      CAROLYN BOLLMAN

UNITED STATES ATTORNEY:     BRYAN SCHRODER* Telephonic Appearance

DEFENDANT'S ATTORNEY:       M.J. HADEN

U.S.P.O.:                   MARCI LUNDGREN

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING  Held - May 16, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:49 a.m. court convened.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: Joshua David Wolfe    Age: 23

X Defendant changed plea(s) to guilty on Counts 1 and 2.

X Court accepted plea(s). X Referred to P.O. for presentence
                            report.
X Imposition of Sentence set for July 27, 2007 at 9:00 a.m.

X Defendant remains detained.

X Trial by Jury 05/21/2007 is VACATED.

At 11:05 a.m. court adjourned.

DATE:        05/16/2007      DEPUTY CLERK'S INITIALS:     cpb