UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JOSHUA DAVID WOLFE,<br><br>   Defendant. | Case No. 4:06-cr-0017-RRB-TWH<br><br>**PROPOSED<br>ORDER CONTINUING SENTENCING** |

  After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

  After due consideration of defendant's motion to continue sentencing, the court GRANTS the motion. The imposition of sentence hearing currently scheduled for July 27, 2007, is hereby vacated. The imposition of sentence hearing is re-set for _____ at _____ a.m./p.m. in Fairbanks, Alaska.

  DATED _____, 2007, in Anchorage, Alaska.

                    _____
                     Ralph R. Beistline
                   United States District Court Judge