NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  4:06-cr-00017 (RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S OPPOSITION** |
| vs. | ) | **TO DEFENDANT'S MOTION ON** |
| | ) | **CONTINUE SENTENCING** |
| JOSHUA DAVID WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW  the United States of America, by and through counsel, and

opposes defendant's motion to continue the imposition of sentence, currently

scheduled for July 27, 2007, to November 1, 2007.

The Defendant seeks a continuance on the grounds that the Federal

Sentencing Guidelines may change on November 1, 2007, potentially leading to a

lower sentence.  On April 27, 2007, the U.S. Sentencing Commission proposed

new guidelines related to cocaine base, also known as crack cocaine.  Those

proposed revisions would lead to an across the board  two-level decrease in

offense levels for crack cocaine.  Absent action by Congress, the new offense

levels will come into effect on November 1, 2007.  United States Sentencing

Commission, 2007 Report to Congress: Cocaine and Federal Sentencing Policy, p.

9 [hereinafter 2007 Commission Report].

The Government objects to the Defendant's request for continuance for

three reasons.  First, the proposed decrease in offense level may be rejected by

Congress.  The Commission has made proposals to Congress on previous

occasions to change the guidelines related to crack cocaine.  Congress rejected an

amendment submitted by the Commission in 1995, and declined to address other

statutory recommendations made by the Commission in other reports.  2007

Commission Report, p. 1.  Waiting until after November 1, 2007 in hopes that

Congress may this time agree with the change is speculation on the part of the

Defendant, and delays the administration of justice.  The Federal Rule of Criminal

Procedure 32(b)(1) calls for sentencing "without unnecessary delay."

Second, the Defendant is attempting to use a back door method of assuring

that any change to the guidelines apply to him, even if the Commission and

Congress decide that the changes should not be retroactive.   The Commission has

not made a recommendation as to whether their proposed changes to the

Guidelines should apply retroactively.  If the final decision is to amend the

Guidelines and apply them retroactively, the Defendant will appropriately benefit,

even if sentenced as scheduled.  If the Guideline change is allowed to go into

effect, but is not applied retroactively, the Defendant should not gain the benefit

by simply delaying his sentencing.  The decision on retroactive application will be

made with an eye toward the even application of justice.  The Defendant should

not get a beneficial application by this back door tactic.

Third, and finally, the Defendant should not get a benefit because he was a

fugitive for a year.  The Defendant was indicted in March of 2006.  He

surrendered himself in March of 2007.  During an interview for the pre-sentence

report, he admitted he was "on the run" during that period.  PSR, para. 76.  By

fortuitously staying away until the Commission proposed a change, he has placed

himself in a position to gain from being a fugitive.  He should not be allowed to

gain that advantage.

The Defendant should be sentenced as scheduled on July 27, 2007.  If

Congress allows the changes to the Guidelines to take effect, and they are applied

retroactively, the Defendant will get the benefit.  If not, he should not get the

benefit of retroactive application through the back door.

     RESPECTFULLY SUBMITTED this 16th  day of July, 2007, at Fairbanks,

Alaska.

                NELSON P. COHEN
                United States Attorney

                s/Bryan Schroder
                BRYAN  SCHRODER
                Assistant United States Attorney
                Federal Building & U.S. Courthouse
                101 12th Avenue, Room 310
                Fairbanks, Alaska  99701
                Phone:  (907) 456-0245
                Fax: (907) 456-0577
                E-mail: bryan.schroder@usdoj.gov
                Bar #: 0702003

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16,  2007,
a copy of the foregoing **GOVERNMENT'S
OPPOSITION TO DEFENDANT'S
MOTION TO CONTINUE SENTENCING,**
was served, via Electronic Filing, on:

M.J. Haden

s/Bryan Schroder