UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  JOSHUA DAVID WOLFE

DATE:  July 17, 2007   CASE NO.  4:06-CR-0017-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
DENYING MOTION TO CONTINUE SENTENCING**

---

Defendant's Motion on Shortened Time to Continue Sentencing at Docket 22 is hereby **DENIED**. Sentencing will be held as scheduled on **Friday, July 27, 2007**, at **9:00 a.m.**, in Courtroom 1 in Fairbanks, Alaska.

M.O. DENYING MOTION TO CONTINUE