M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSHUA DAVID WOLFE,<br><br>        Defendant. | Case No. 4:06-cr-0017-RRB-TWH<br><br>**NOTICE OF FILING JOSHUA WOLFE'S STATEMENT** |

      Defendant, Joshua David Wolfe, by and through counsel M. J. Haden, Assistant Federal Defender, hereby files his statement (Exhibit A) in aid of sentencing, which is scheduled for July 27, 2007.

DATED this 23rd day of July 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on July 23, 2007,
a copy of the *Notice of Filing
Joshua Wolfe's Statement* was
served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden