Dear Honorable Ralph Beistline,                                    July 11th

My name is Joshua Wolfe. I am currently awaiting my sentencing, and felt the need to express my remorse for the way I chose to live up until getting into trouble. I know that the choices I made were far from acceptable, and flat out wrong. I was choosing the streets over being a positive member of our community. I realize that I can't take back what I've done in the past, but I am able to move forward on a positive path from here on out. I've had a lot of time to think about what I was doing, and how it negatively affected the Fairbanks community and those I love. Selling drugs is illegal, but in my heart I feel its also morally wrong. I don't ever want to harm another persons well-being agin, or enable them to hurt their own family. I grew up in a household where drugs were always around. My parents both used drugs, and I was often exposed to the drug dealers that would come around. As a child I thought thats what I wanted, as sick as it may sound it's true. I looked at them and seen that they had money, food, nice cars, they were never poor. And I looked at my family and sadly seen the opposite. I wanted to take care of my siblings/family, and make sure they had at least what they needed, I didn't think thoroughly about the consequences at the time, but in all reality I knew there could be consequences. I made bad decisions, which I wish could be reversed. When I found out that my girlfriend was pregnant, everything changed in my life. I was looking at things in a diffrent light, and realized that the life I was living was not what I wanted for my son. I knew I had to change if I wanted to be in his life, and decided my street life was over. I've wanted a family of my own since I can remember, and when I found out I was going to be a dad, there was no question that I was going to

be the best dad I could be for my son. I swore to myself Id do everything and anything in my power to give him the life I never had, to make sure that he was able to have a healthy childhood with a supportive family behind him. I can't take back what I've done, and there are no words to show the remorse I feel, not only towards my family but the community in general. I own up to my past decisions and know that now I have to do my time. I know, from the bottom of my heart, that after I serve my time I'll be able to be a good role model and stable father in my son's life. Finding gainful employment, and showing Javon how good life can be. I pray that the court will take into consideration the moves I've made to better myself, and the lengths Ill go to, to be there for my son and be a hard working provider with a legitimate source of income. I understand the crimes I've committed come with a manditory minimum sentence and just hope the courts will take mercy on me and the hurt I've caused everyone. I'am deeply sorry and ready to do the time, so I am able to be with my family and take care of them the right way. I may not have chosen the right path in the past, but I am ready to move forward and can only look forward to raising my son and living a legitimate, healthy, happy life. And thats why turning myself in was a nesessary first step for me to push forward, face my consequences, get the help I need, and most of all, show my son the importance of being responsible for my actions. I can be sure that my son will always have a father figure in his life, guiding him all the way, the moment I am released. Thank you for hearing me, and I hope my words expressed the remorse I feel and relayed that I have changed and never plan on putting my family, or anyone else's for that matter, in Jeopardy ever agin. I am so sorry. Not because I got caught but because of the pain I've caused

everyone around me by living selfishly. I am ready to move forward and pray that my desire to do good for my family / self is recognized by the courts and community. Thank you agin for your time and understanding.


Sincerely,


Joshua D. Wolfe