1050 Eastwood Lane
Fairbanks, AK 99712
April 24, 2007

1931 Eagan Street
Fairbanks, AK 99701

To Whom It May Concern:

I am writing this letter on behalf of my cousin, Joshua Wolfe. As a Social Worker I have written many letters on the behalf of other people, but this is probably the most important letter I have ever written. My thoughts on Joshua are very conflicting. By conflicting I mean that I love and care for Joshua and even respect him but on the other hand I am very disappointed in the choices he has made. Joshua knows right from wrong but until now he has lacked the ability to make, what law abiding citizens, would call the right choices. I believe whole heartedly that Joshua is the product of his environment that included abandonment, parental substance abuse, severe emotional abuse, foster care and finally the juvenile justice system. Understanding his beginning in this life is the first step in understanding and helping Joshua.

Joshua was born into a life of chaos. His biological father wanted nothing to do with him and in fact never did have anything to do with him. His biological mother was a drug addict and was emotionally abusive to Joshua, calling him a "fucking bastard," from a very young age. On top of that, Joshua was abandoned several times by his mother and left in drug houses with other children or other drug addicts. When Joshua was a child, his mother bought all of his birthday and Christmas gifts, that is, if she showed up, at the local pawn shop. They came in a brown paper bag and lasted about a week until his mother would disappear, with the used present, on a drug runner. Child protective services did step in when Joshua was very young, but it only began a yoyo effect of Joshua going in and out of foster care, while his mother went in and out of jail.

Joshua moved to Alaska at or around the age of 6. At that time Joshua lived with my family for several months. After his mother moved them into their own home, the old pattern quickly emerged and it wasn't long before Joshua was in the foster care system here in Alaska. I can remember Joshua being in several homes throughout his childhood. Joshua began acting out at a very young age, but he always showed love to his family and especially took care of his little sister. Joshua and his youngest sister were placed together in foster care for several years until one foster family decided that they liked the sister but didn't want to deal with Joshua's behavioral problems. Joshua was sent away to live with another family, leaving the one piece of family that care for him and looked up to him, behind. I think this was one of the most devastating things that can ever happen to a child and this was definitely a defining moment in young Joshua's life.

Joshua continued in the foster care system until once again being placed back in his mother's care. And, once again his mother went back to jail. At this point, his mother, signed custody of Joshua over to an older man, whom I am told, was a child sexual

abuser. Joshua has always denied an abuse, but that is typical of male victims. When his mother got out of jail she took his little sister back into her home but told the then fifteen year old Joshua that she did not have room for him. That was about the beginning of Joshua's life in the juvenile justice system. I don't remember exactly when Joshua first entered that system but it seemed like his whole life he was in one system or another. Personally, having worked in the child protection system for several years, I know first hand how troubled children can handled in a system that is over worked and understaffed. Workers are just too busy finding the homes and working the cases to deal with runaways and troubled youth.

I was very proud of the system when Joshua was given several opportunities in his late teens and early adulthood. I remember when I was in college at UAF, Josh was taking classes there and I got to see him on campus. That was always a highlight of my day because I never thought I would see Josh there. I don't think Josh ever spent a day in a public high school and if he did it was short lived because most of his teen years were spent at FYF or in a specialized foster home. I know that there was a handful of people who cared about Joshua, but those people came and went, leaving small impressions, but with the impressions came the holes that were left behind with their absences.

So Joshua was given some opportunities and he messed them up. Plain and simple, he screwed up every opportunity given to him. So at this point it is now Joshua's fault because he is a young adult. A young adult that is responsible for his own actions and behaviors. WE forget that this young adult NEVER had a stable environment or a stable mentor to look up to. He had NO ONE to role model. We all know it is hard enough to be a young adult. Very few people between the ages of 18 to 21, that even grew up in wonderful, stable homes, make all the right decisions. And now we expect this adult, whose whole life has centered around drugs, theft and abandonment, be a law abiding, productive piece of society. Even with all the supposed rehabilitation one receives while incarcerated, the real truth is, even in jail, they are living in that environment of drugs, theft and crime. Those are his peers and his mentors, especially to a young, influential adult.

Now Joshua is an adult, and he is very responsible for his own actions. He has once again messed up, influenced by the same people that were supposed to care for him and guide him. What is different this time? He has something to care about. He has a REAL reason to look at life and what it has to offer. The birth of Joshua's son was his turning point. It is well versed that a person has to reach their rock bottom before they can wake up and look in the mirror. Well for Joshua, the birth of his son and the fact that he wasn't going to see him grow up was his wake-up call. I now Joshua does not want to be an absent father. I know he wants better for his son. I completely understand why Joshua ran from facing his charges. I may not agree it was the right thing, but I, as a parent, understand. I would do anything in this world to be with and protect my children, and I believe this is what Joshua felt he was doing. In his heart he knew it was the wrong thing, running form his troubles, but it was also the right thing, being with his son. I thank God that Joshua has made the decision, for himself and his son, to face these

charges so he can be a positive role model for his son and hopefully teach him to be a more productive citizen then his father.

I truly believe that the decision to turn himself in is in itself a huge stepping stone to being a better person. I know that Joshua could have run for ages, all the while getting to be with his young son everyday. But I also know that the thought of being a criminal his whole life, while looking into his sons eyes everyday, weighed too much on Joshua and he has finally made the RIGHT decision. I can't say that I think jail is the appropriate place for Joshua, but I understand the consequences of breaking the law. I pray that Joshua gets the guidance that he needs to come out of this as a productive citizen and excellent father. I would hope that the court takes into consideration Joshua's recent decision to turn himself in and the fact that Joshua is a product of this entire system. This is his chance to face this system and to truly rehabilitate that lost little boy.

Sincerely,

*Anise Masterson*

Anise Masterson
Social Worker

To whom this may concern:

This letter is regarding Joshua Wolfe. In the past year Joshua has tried to change his life for the better. He took in my daughter as if she were his own. We now also have a son together. Since he has been born Joshua has completely changed his life around. I could not have asked for a better father for my children. It is very important to my kids and I that we have Joshua back in our lives, so we can be a family again.

Thanks for your time and patience.

Sincerely,
C. Ellis

*To whom it may concern;*

*Im writing on behalf of Joshua Wolfe, Im his older sister Amanda Wolfe. When Josh got in trouble I couldn't help but be visited by our past. Since we were very young we were surrounded by drug dealers, users, and all that comes with it. Our parents were users, and so the drug world was anything but mysterious to us. We strived to take care of each other and protect one another, and as we grew up, so did our bond. I believe Joshua seen the people in our childhood in a certain light…."the dealers" were the ones who had money and weren't out there on the street….To him, as sad as it may sound, they were something to look up to. And as he got older he fell into a lifestyle that was less than wholesome, in my eyes due to a lack of better role models and due to the lifestyle we were exposed to as children. Or maybe it was a lack of direction, that usually is instilled in a child as he grows up. Regardless Josh went a way he shouldn't have. Then he met a girl, Tina, and they fell in love. All Joshua ever wanted was to love someone, and have a family of his own to love, protect and guide…After awhile, Tina found out she was pregnant, and this is when Josh turned his life around. He no longer wanted to be in the streets, he wanted to provide for his family and live right. He realized that this little boy, that was about to become apart of his life meant more than anything to him. And he never wanted to let him down, he wanted to be his Father, and not just any father, a GOOD father. Im not saying Josh hasn't made some unwise decisions in his past, because he has. I just have seen how much he's turned his life around since the birth of his son. That little boy means everything to him, and I can tell Joshua is ready to live legitimately. His priorities lay with his son and family, and that is why he turned himself in. He wanted to get it over with, so he could move on with his life, and be able to be a role model for his son. Something Josh so needed as a child and never had. I know Josh will be a wonderful provider to his family as well as a positive member of our society. I just want so badly for him to be given the chance to give to his son, what he never had. He has changed so much and longs to just be with his family.*
*Thank you for your time.*

*Sincerely,*

*Amanda S. Wolfe*

To Whom It May Concern:

My name is Helen Freeman. I am writing in regards to my son, Joshua Wolfe. I am asking the court to please consider long term treatment for Joshua's addiction issues. Coming out of addiction myself, I know the great benefits of treatment versus incarceration. I am also asking the court to recognize Joshua's willingness to be accountable for his mistakes by turning himself in. Due to the life I have lived, and unfortunately raised my children in, it is understandable how Joshua is in the situation he is in now; however, what is truly important is what he plans to do to change it so he doesn't raise his son in the same way. I see my son's remorse and regret for what he has done. In the past year Joshua has completely turned his life around for his family and for himself. He has removed himself from the lifestyle he was living and the people he associated with in that lifestyle. He has maintained full time employment and supported his family. Although these things don't take back what has been done, it does speak for the man he wants to be. Joshua is a young man who has made mistakes, who has chosen to face up to those mistakes, and to do something to better his life and the life of his child. Joshua is a new father and sees the importance of family and responsibility. I ask the court to please take into consideration how his son will be affected by the length of time issued in this case. It is obvious that drug treatment is the answer. Joshua wants a better life and his actions in the past year have shown that. I ask the court to please give him the opportunity and resources to learn a new way to live, in treatment. Thank you for your time and consideration in this matter.


Sincerely,



Helen Freeman

April 15th, 2007

**Dear Judge,**

    I'm writing in regards to my grandson Josh Wolfe. I was told that any letters of support would be greatly appreciated and could help Joshua out a bit. Joshua has always been a boy with a big heart, always wanting to help others out. Though Joshua's upbringing was far from conventional I knew he'd find his way. As a teen he was wild at moments, and made choices that eventually got him in trouble with the law. I was unaware that Josh had gotten in trouble and was avoiding his consequences when he came to see me at Christmas. He had brought his Fiance, her daughter and his new little baby Javon. He was here for about a week, and even after day one, the changes were obvious. He had a new outlook on life, he valued his family and put them on a pedastel. He wasn't the young troubled teen I had seen in years past. It was clear he was ready to be a man and take care of the family he had made. Joshua seemed focused and clear minded. He showed strong intentions of landing a well paying job and settling down with his fiance and their children. Josh may have had a rough childhood, but doesn't blame his decisions solely on his past. He realizes that it's time to accept the consequences of his actions, and that blaming someone else doesn't make what he's done right. I believe Joshua is ready to become the man Ive always known he'd be, and provide his family with a healthy loving lifestyle. I know my words may make little difference in delegating Josh's punishment, but please know that in my opinion his intentions are pure, and I truly believe he will make his son's world a better place.

**Warmly Yours,**

**Shirley Kinley**

4-23-07

To Whom It May Concern:

We have known Joshua Wolfe for approximately 7 years. He has done some work on various jobs with me, Jeff, in the past. He has been a hard worker and showed up without hesitation.

Josh has been like one of our kids and never caused us any problems. We have seen Josh go through some very trying times and we think he has realized the path he should now follow.

We are very proud of Josh in his endeavors to do the right thing and take care of his legal matters.

His decision to take care of his legal matters shows he is being responsible and wants to be a good father to his son. We truly hope he gets to be that father.

Jeffrey Lopez & Billie Kline

4-21-07

To Whom it May Concern:

This letter is regarding Josh Wolf.

Josh worked with my husband, Johnny Odman, in Oct., 2003. They were building a house at Chena Point. I picked Josh up everyday. He was always on time, loved to go to work, and never complained.

My children, Kristina, 11, and William, 8, loved being around Josh.

Josh is a very caring, smart, and talented young man. I'm glad my family and myself got to know him and still know him. He is a <u>good soul</u>!!!

Sincerely, (907) 978-0899

Kristina Odman
Rebecca Odman
William Odman

APRIL 21, 2007

TO WHOM IT MAY CONCERN:

THE FOLLOWING IS IN REGARDS TO JOSH WOLF.

MR. WOLF WAS EMPLOYED BY ME IN NOVEMBER, 2003 FRAMING A LARGE CUSTOM HOME IN THE CHENA POINT AREA OF FAIRBANKS, ALASKA. DESPITE THE NEGATIVE WEATHER CONDITIONS AT THE TIME, JOSH WAS THE ONE PERSON I COULD CONSISTENTLY RELY UPON, NOT ONLY TO SHOW UP, BUT TO OFFER 100% OF HIS EFFORT TO ACCOMPLISH OUR DIFFICULT TASK.

MR. WOLF PROVED HIMSELF INVALUABLE TO ME AND I ONLY WISH HE WAS AVAILABLE AT PRESENT. HE HAS A WELCOME PLACE OF EMPLOYMENT AVAILABLE WITH ME AT THE CONCLUSION OF HIS BUSINESS.

IRREGARDLESS OF HIS CURRENT STATUS, I CONSIDER MR. WOLF TO BE A FINE YOUNG MAN. HIS ABSENSE IS SORELY FELT & HE IS MISSED, INTEGRITY IS RARE.

VERY TRULY YOURS,

*[signature]*

CARROLL CONSTRUCTION
(907) 978-1799 | (907) 490-3615
JOHN P. ODMAN - OWNER/OPERATOR