```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. __JOSHUA DAVID WOLFE__    CASE NO. __4:06-CR-0017-01 RRB__
Defendant: ___Present  _X_ In Custody ___On Bond

BEFORE THE HONORABLE: __RALPH R. BEISTLINE__

DEPUTY CLERK/RECORDER: __LYNN GROVES-KELLEY__

UNITED STATES' ATTORNEY: __BRYAN SCHRODER__

DEFENDANT'S ATTORNEY: __MJ HADEN__

U.S.P.O.: __MARCI LUNDGREN__

PROCEEDINGS: IMPOSITION OF SENTENCE HELD:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:07 a.m. court convened.

_X_ Notice of Appeal form given to defendant/defense counsel.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Imprisonment for a period of __88 MONTHS ON COUNT 1 AND COUNT 2, TO RUN CONCURRENT__

_X_ Defendant placed on supervised release for a period of _5_ years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

_X_ Special Assessment $__200.00__, due __IMMEDIATELY__

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ Court advised defendant of appeal rights.

_X_ Payment coupon given to defendant.

_X_ OTHER: __COURT RECOMMENDED PLACEMENT AT FCI SHERIDAN, OREGON. COURT ALSO STRONGLY RECOMMENDED PLACEMENT IN A 500 HOUR DRUG AND ALCOHOL PROGRAM.__

At 9:43 a.m. court adjourned.

DATE: __July 27, 2007__          DEPUTY CLERK'S INITIALS: __LGK__

Revised 6/18/07

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JOSHUA DAVID WOLFE__   CASE NO. _4:06-CR-0017-01 RRB_
Defendant: ___Present _X_ In Custody ___On Bond

BEFORE THE HONORABLE: __RALPH R. BEISTLINE__

DEPUTY CLERK/RECORDER: __LYNN GROVES-KELLEY__

UNITED STATES' ATTORNEY: _BRYAN SCHRODER_

DEFENDANT'S ATTORNEY: _MJ HADEN_

U.S.P.O.: _____MARCI LUNDGREN_

PROCEEDINGS: IMPOSITION OF SENTENCE HELD:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:07 a.m. court convened.

_X_ Notice of Appeal form given to defendant/defense counsel.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Imprisonment for a period of _88 MONTHS ON COUNT 1 AND COUNT 2, TO RUN CONCURRENT_

_X_ Defendant placed on supervised release for a period of _5_ years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

_X_ Special Assessment $_200.00_____, due _IMMEDIATELY_

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ Court advised defendant of appeal rights.

_X_ Payment coupon given to defendant.

_X_ OTHER: _COURT RECOMMENDED PLACEMENT AT FCI SHERIDAN, OREGON. COURT ALSO STRONGLY RECOMMENDED PLACEMENT IN A 500 HOUR DRUG AND ALCOHOL PROGRAM._

At 9:43 a.m. court adjourned.

DATE: _July 27, 2007_____   DEPUTY CLERK'S INITIALS: _LGK_____

Revised 6/18/07