Joshua David Wolfe
Reg. No. 14806-006
FCI Victorville Medium II
P.O. Box 5700
Adelanto, CA  92301

_____
Phone



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:06-cr-0017-RRB-TWH |
| vs. | **MOTION FOR** |
| JOSHUA DAVID WOLFE, | **APPOINTMENT OF COUNSEL** |
| Defendant. | |

Defendant, Joshua Davis Wolfe, moves for the appointment of counsel.

Defendant makes this request for the reasons that he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the attached financial affidavit in support of the request for appointment of counsel.

DATED this 31st day of March, 2008.

_____
Joshua David Wolfe