IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA DAVID WOLFE,<br><br>　　　　Defendant. | Case No. 4:06-cr-00017-RRB<br><br>ORDER APPOINTING COUNSEL<br>and SETTING SCHEDULE |

On April 22, 2008, Joshua David Wolfe, representing himself, filed a motion for appointment of counsel, for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

---

[1] *See* Docket Nos. 32,33; *see also* Kimbrough v. United States, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidlines for United States Courts, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

IT IS THEREFORE ORDERED that:

1. The Clerk of Court will confirm that the United States Attorney has received a copy of docket numbers 32 and 33, along with this Order.

2. Mr. Wolfe's application for appointment of counsel, at docket number 32, is GRANTED. The Federal Public Defender for the District of Alaska will designate counsel from the CJA Panel or the Federal Public Defender's office to represent Mr. Wolfe in this case, for the purposes of filing a motion under section 3582(c).

3. Counsel for Mr. Wolfe shall review the record, confer with him, and file a motion under section 3582(c), or other appropriate document, within sixty days from the date of this Order.

4. The Government is permitted to file a response within sixty days from the time counsel for Mr. Wolfe files the motion.

5. Counsel for Mr. Wolfe may file a reply within thirty days of the filing of the response.

6. A date for imposition of re-sentencing may be set a later time.

DATED this 23rd day of April, 2008, at Anchorage, Alaska.

/s/RALPH R. BEISTLINE
United States District Judge