M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSHUA DAVID WOLFE,<br><br>                Defendant. | Case No. 4:06-cr-0017-RRB-TWH<br><br>**UNOPPOSED MOTION TO ACCEPT LATE-FILED MOTION TO REDUCE SENTENCE,** *Filed on Shortened Time* |

       Defendant, Joshua David Wolfe, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court to accept his late-filed motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c).  The motion was due June 23, 2008.  Counsel for defendant has been ill and out of the office for the past two days, and was unable to complete work on the underlying motion.

       This request is unopposed by Assistant United States Attorney Bryan Schroder.

DATED this 25th day of June, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 25, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden