UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA DAVID WOLFE,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0017-RRB-TWH<br><br>**PROPOSED<br>ORDER PERMITTING LATE FILING OF<br>MOTION TO REDUCE SENTENCE** |

　　　　After due consideration of defendant's Unopposed Motion to Accept Late-filed Motion to Reduce Sentence, filed on shortened time, the court GRANTS the motion. Defendant shall file his motion to reduce sentence forthwith.

　　　　DATED _____, 2008, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge