M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA DAVID WOLFE,<br><br>　　　　　　　Defendant. | Case No. 4:06-cr-0017-RRB-TWH<br><br>**MOTION TO REDUCE SENTENCE** |

　　　　Defendant, Joshua David Wolfe, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court pursuant to 18 U.S.C. § 3582(c) for an order reducing the term of imprisonment based on the retroactive amendments to the crack cocaine guidelines, which alter the base offense level in this case.

　　　　The defense requests a re-sentence hearing before the trial judge.  Joshua Wolfe is incarcerated at FCI Victorville.  He will consent to appearing telephonically at any future hearings.

DATED this 25th day of June, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 26, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden