UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA DAVID WOLFE,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0017-RRB-TWH<br><br>**PROPOSED<br>ORDER SCHEDULING<br>RE-SENTENCING** |

　　　　After due consideration of defendant's of the Defendant's Motion to Reduce Sentence, a hearing for re-sentencing is set for _____, 2008, at _____ a.m./p.m.  The defendant is directed to participate by telephone by calling (907) _____ at the time of the hearing.

　　　　DATED _____, 2008, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge