```
VVM39               *        PROGRAM REVIEW REPORT          *      03-29-2008
PAGE 001                                                            15:29:52
INSTITUTION: VVM  VICTORVILLE MED II FCI

NAME......: WOLFE, JOSHUA DAVID
RESIDENCE..: FAIRBANKS, AK 99701                     REG. NO: 14806-006

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....:  10/08

PROJ. RELEASE DATE..: 08-08-2013
PAROLE HEARING DATE.: NONE                    RELEASE METHOD.: GCT REL
                                              HEARING TYPE...: NONE
DATE OF NEXT CUSTODY REVIEW:  03/09          DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N              IF YES, RECONCILED (Y/N): N/A
PENDING CHARGES.....:  None Known

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/N)....: Y
    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

CATEGORY      - - - - - - CURRENT ASSIGNMENT - - - - - - -   EFF DATE    TIME
CMA      PROG RPT      NEXT PROGRESS REPORT DUE DATE        09-13-2010   1722
CMA      RPP NEEDS     RELEASE PREP PGM NEEDS               09-24-2007   1721
CMA      V94 CDA913    V94 CURR DRG TRAF ON/AFT 91394       09-24-2007   1720
CUS      IN            IN CUSTODY                           08-14-2007   1646
DRG      DRG I RQ J    DRG INTRV REQD: JUD RECOMMEND        09-24-2007   1721
DRG      ED WAIT R     DRUG EDUCATION WAIT-REQUIRED         10-04-2007   1300
EDI      ESL HAS       ENGLISH PROFICIENT                   09-20-2007   0001
EDI      GED HAS       COMPLETED GED OR HS DIPLOMA          09-20-2007   0001
FRP      PART          FINANC RESP-PARTICIPATES             09-14-2007   1842
LEV      MEDIUM        SECURITY CLASSIFICATION MEDIUM       08-15-2007   0454
MDS      REG DUTY      NO MEDICAL RESTR--REGULAR DUTY       08-23-2007   0946
MDS      YES F/S       CLEARED FOR FOOD SERVICE             08-23-2007   0946
QTR      C02-227U      HOUSE C/RANGE 02/BED 227U            09-19-2007   1017
RLG      PROTESTANT    PROTESTANT                           08-14-2007   1853
WRK      PM YARD       PM YARD ORD                          10-18-2007   0001

WORK PERFORMANCE RATING:  Satisfactory

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW:  None

FRP PLAN/PROGRESS:  TRUST FUND DEPOSITS PAST 6 MO: $ 1500.00
FRP PAYMENTS PAST 6 MO: $ 50.00   OBLG BALANCE: $ 150.00 - Felony Assessment
CURRENT FRP PLAN: $ 25 QTR  PAYMENTS COMMENSURATE: YES ✓ / NO
```

```
VVM39              *        PROGRAM REVIEW REPORT        *    03-29-2008
PAGE 002                                                      15:29:52
```

IF NO, NEW PAYMENT PLAN: _____

RELEASE PREPARATION PARTICIPATION: *RPP Needs - Will address 30 months prior to release*

CCC RECOMMENDATION: *Will address 11 to 13 months prior to release*

PROGRESS MADE SINCE LAST REVIEW: *Clear Conduct, Waiting list for Drug Program, Made scheduled payment towards Financial Obligation*

GOALS FOR NEXT PROGRAM REVIEW MEETING: *Clear Conduct through 10/08, Complete Healthy Nutrition Course by 7/08, Complete one Self Study Course of your choice by 7/08, Made Scheduled payments toward Financial Obligation for 06/08 and 09/08*

LONG TERM GOALS: *Complete 40 Hr Drug Education Program by 12/2009,*

```
VVM39                    *     PROGRAM REVIEW REPORT         *      03-29-2008
PAGE 003 OF 003                                                     15:29:52
```

OTHER INMATE REQUESTS/TEAM ACTIONS: _Reviewed 402/408_
_No Request_

SIGNATURES:

CHAIRPERSON: _J. Baum, Acting_     INMATE: _[signature]_

DATE: _04/02/08_     DATE: _04/02/08_

```
  VVM39            *         INMATE EDUCATION DATA          *       03-31-2008
PAGE 001 OF 001 *                TRANSCRIPT                 *         15:05:12

REGISTER NO: 14806-006    NAME..: WOLFE                          FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: VVM-VICTORVILLE MED II FCI

-------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
VVM  ESL HAS    ENGLISH PROFICIENT            09-20-2007 0001 CURRENT
VVM  GED HAS    COMPLETED GED OR HS DIPLOMA   09-20-2007 0001 CURRENT




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
VVM39   606.00  *     MALE CUSTODY CLASSIFICATION FORM     *     03-30-2008
PAGE 001 OF 001
                        (A) IDENTIFYING DATA
REG NO..: 14806-006           FORM DATE: 03-13-2008            ORG: VVM
NAME....: WOLFE, JOSHUA DAVID
                              MGTV: NONE
PUB SFTY: NONE                MVED:
                        (B) BASE SCORING
DETAINER: (0) NONE            SEVERITY.......: (3) MODERATE
MOS REL.: 64                  CRIM HIST SCORE: (08) 11 POINTS
ESCAPES.: (0) NONE            VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A             AGE CATEGORY...: (8) 24 OR LESS
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (1) <5 YEARS
                        (C) CUSTODY SCORING
TIME SERVED.....: (3) 0-25%   PROG PARTICIPAT: (1) AVERAGE
LIVING SKILLS...: (1) AVERAGE TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE    FAMILY/COMMUN..: (4) GOOD

            --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV  MGMT SEC LEVEL  CUSTODY  CONSIDER
 +20  +17     0       +20       MEDIUM        N/A            IN       SAME

G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Exhibit B -- Page 5 of 7

# PARENTING

## Spring 2008

### Beginning
### Wednesday, April 23, 2008

### from
### 6:00 p.m. to 8:00 p.m.

### 10 weeks

*Please summit a Cop-out to Mr. Lau no later than April 18, 2008*

Please direct any questions to Mr. Lau, Education Department.

# Certificate of Completion

This is to certify that

## Joshua Wolfe

has successfully completed

## ACE Women's History

Federal Correctional Institution II, Victorville, California
This 28th day of March, 2008

_____
J. Carbajal
ACE Coordinator